IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

WU YINGZHUO
    a/k/a mxmtmw"
    a/k/a "Christ Wu"
    a/k/a "wyz"
DONG HAO
    a/k/a "Bu Yi"
    a/k/a "Dong Shi Ye"
    a/k/a "Tianyu"
XIA LEI
    a/k/a "Sui Feng Yan Mie"

Criminal No. 17-247

## MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS

AND NOW, comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and James T. Kitchen, Assistant United States Attorney for said district, and sets forth the following:

On September 13, 2017, an Indictment was filed and Arrest Warrants were issued in the above-captioned case.

The Indictment and Arrest Warrants were then ordered sealed pending further order of the Court.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Indictment and Arrest Warrants.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

By:     JAMES T. KITCHEN
Assistant U.S. Attorney
PA ID No. 308565